UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ALANE RATCLIFF, | ) Case No. ED CV 11-892 PSG (MRW) |
| Petitioner, | ) JUDGMENT |
| vs. | ) |
| JAVIER CAVASOS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order of this Court,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: July 21, 2011

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE